HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| ROBERT TAYLOR AND CHRISTINE, TAYLOR, husband and wife,<br><br>Plaintiffs,<br><br>MERCHANTS CREDIT CORPORATION, a Washington State Corporation, and DAVID and SOFIA QUIGLEY, husband and wife, and the mar- marital community composed thereof; SCOTT WISWALL and JANE DOE WISWALL, husband and wife, and the marital community com- composed thereof; ROBERT FRIEDMAN and JANE DOE FRIEDMAN, husband and wife and the marit- al community composed thereof; and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:13-cv-00395-RSM<br><br>RESPONSE TO MOTION FOR SANCTIONS<br><br>Hearing Date July 12, 2013 |

COME NOW the plaintiffs by and through their attorney, James Sturdevant, and for their response to the renoted Motion for Sanctions, simply incorporate their prior response (Docket No. 21) and further state that it should be considered in conjunction with Plaintiffs' Motion for Summary Judgment (Docket No. 23) and Plaintiffs' response thereto (Docket Nos. 28, 29).

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

DATED this 12th day of July 2013.

James Sturdevant WSBA #8016
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I electronically filed the foregoing Response to Motion for Sanctions using the CM/ECF system which will send notification to all attorneys of record.

James Sturdevant WSBA #8016
Attorney for Plaintiffs

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org